

# NUMBER 13-25-00083-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ERICA HARDESTY,                                                    Appellant,

v.

TAVOLO TH PROPERTY DE LLC,                                Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's failure to file a brief.[1] Appellant's brief was originally due to be filed on or before August 28, 2025. On July 29, 2025, the Clerk of the Court notified appellant of the due date. On September 17, 2025, the Clerk

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

of the Court notified appellant that her brief was past due. Appellant was further notified that if she fails to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

To date, appellant has failed to file a brief and has not otherwise responded to the Clerk of the Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
6th day of November, 2025.